

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: R. WAYNE JOHNSON, | § | No. 08-15-00162-CV |
| | § | ORIGINAL PROCEEDING |
| Relator. | § | ON PETITION FOR WRIT OF |
| | § | MANDAMUS |

**<u>MEMORANDUM OPINION</u>**

Relator, R. Wayne Johnson, a Texas inmate, has filed a petition for writ of mandamus against the Honorable Bonnie Rangel, Judge of the 171st District Court of El Paso County, Texas. Because Relator has not obtained permission of the local administrative judge to file this original proceeding, we dismiss the mandamus petition.

In this mandamus proceeding, Relator challenges the dismissal of his suit against several defendants which we reviewed on direct appeal in *Johnson v. Sloan*, 320 S.W.3d 388 (Tex.App.--El Paso 2010, pet. denied). Relator is on the list of vexatious litigants maintained by the Office of Court Administration and he is subject to a pre-filing order. *See generally* TEX.CIV.PRAC. & REM.CODE ANN. § 11.051-.057 (West 2002). A clerk of a court may not file a litigation, *original proceeding*, appeal, or other claim presented by a vexatious litigant subject to a prefiling order unless the litigant obtains an order from the local administrative judge permitting the filing. TEX.CIV.PRAC. & REM.CODE ANN. § 11.103(a) (West Supp. 2014)(emphasis added). The Clerk of this Court notified Relator that he was required to obtain permission from the local

administrative judge to file this original proceeding.  The letter gave him ten days to provide the Court with a copy of the order or obtain an order permitting him to file the petition for writ of mandamus.  *See* TEX.CIV.PRAC. & REM.CODE ANN. § 11.1035(b) (West Supp. 2014).  More than ten days have elapsed and we have not received a response from Relator or an order granting him permission to file the petition for writ of mandamus.  Accordingly, we dismiss the mandamus petition.

STEVEN L. HUGHES, Justice

June 3, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.